IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMANDA U. AJULUCHUKU | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-06-CV-0308-N |
| | § | |
| BANK OF AMERICA CORPORATION | § | |
| | § | |
| Defendant. | § | |

## TRANSFER ORDER

This is a *pro se* civil rights action brought by Amanda U. Ajuluchuku, a disabled African-American who resides in Irving, Texas, against Bank of America Corporation, a federally insured financial institution headquartered in Charlotte, North Carolina with branch offices located throughout the United States. In her complaint, plaintiff alleges that she was discriminated against by employees of a bank in Seattle, Washington when she was asked to present two forms of identification to cash a check and then was escorted from the premises by security guards.

Venue in a civil rights action is governed by 28 U.S.C. § 1391(b). *See Davis v. Louisiana State University*, 876 F.2d 412, 413 (5th Cir. 1989). This statute provides that civil cases not founded solely on diversity of citizenship must be brought in the judicial district where: (1) the defendant resides; (2) a substantial part of the events or omissions giving rise to the claim occurred; or (3) where any defendant may be found if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). The court also may transfer a civil action to any proper judicial district or division "for the convenience of the parties and witnesses, in the interest of justice." *Id.* § 1404(a); *see also Hardwick v. Brinson*, 523 F.2d 798, 800 n.2 (5th Cir. 1975).

Plaintiff's claim arises out of events that occurred in Seattle, Washington, which lies within the Western District of Washington. *See* 28 U.S.C. § 128(b). The bank employees who allegedly discriminated against plaintiff presumably reside in that district. Accordingly, this case is hereby transferred to the United States District Court for the Western District of Washington "for the convenience of the parties and witnesses, in the interest of justice" pursuant to 28 U.S.C. § 1404(a).

SO ORDERED.

DATED: February 24, 2006.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE